

# Fourth Court of Appeals
## San Antonio, Texas

October 31, 2017

No. 04-16-00586-CV

**NINJA JUMP, INC.,**
Appellant

v.

Luz **LOBO** and Jorge Lobo, Individually, and as next friend of Aaron Joshua Lobo, a minor,
Appellees

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-04073
Honorable Michael E. Mery, Judge Presiding

# O R D E R

Sitting:       Sandee Bryan Marion, Chief Justice
                 Rebeca C. Martinez, Justice
                 Irene Rios, Justice

The parties have filed a Joint Motion to Abate Appeal pending finalization of the parties' written settlement agreement. The parties' joint motion is GRANTED. It is ORDERED that the appellant file a motion requesting an appropriate disposition of this appeal within thirty days from the date of this order. TEX. R. APP. P. 42.1, 43.2; *see Caballero v. Heart of Texas Pizza, L.L.C.*, 70 S.W.3d 180, 180 (Tex. App.—San Antonio 2001, no pet.).

It is so ORDERED on this 31st day of October, 2017.

PER CURIAM

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court